# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPAL CHABRIER, DONALD LAMUTIS and STEVEN TURNER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WILMINGTON FINANCE, INC.,<br><br>　　　　　　　　　Defendants. | Civil Action<br><br>No. 06-4176 |

## ORDER

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that the application of ___James B. Zouras, Esquire___, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Norma L. Shapiro, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 06-CV-04176-NS

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **JAMES B. ZOURAS** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **85736**, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| ILLINOIS | 1995 | 06230596 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| NORTHERN DISTRICT OF ILLINOIS | 1995 | 06230596 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   OPAL CHABRIER, et al.

(Applicant's Signature)

12/1/06
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

TOUHY & TOUHY, LTD.

161 NORTH CLARK STREET, SUITE 2210

CHICAGO, ILLINOIS 60601

Sworn and subscribed before me this

1st Day of DEC, 2006.

_____
Notary Public

"OFFICIAL SEAL"
Sandy Robinson
Notary Public, State of Illinois
My Commission Exp. 04/27/2010

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __James B. Zouras__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2.(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel

| Jonathan D. Berger, Esq. | [signature] | 1985 | ID #44323 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Phone:  215-875-4667


Sworn and subscribed before me this
__4th__ day of __December__, 2006

[signature: John C. Kerns]
Notary Public

```
NOTARIAL SEAL
John C. Kerns, Notary Public
Philadelphia, Philadelphia County
My commission expires March 16, 2008
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPAL CHABRIER, DONALD LAMUTIS and STEVEN TURNER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>WILMINGTON FINANCE, INC.,<br><br>                Defendants. | Civil Action<br><br>No. 06-4176 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>JAMES B. ZOURAS, ESQ.</u>, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

James N. Boudreau
Michele Halgas Malloy
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA  19102

_____
Signature of Attorney

<u>Jonathan D. Berger</u>
Name of Attorney

<u>Plaintiffs</u>
Name of Moving Party

<u>12-4-06</u>
Date