

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Opal Chabrier | : | CIVIL ACTION |
| vs. | : | |
| Wilmington Finance, Inc. | : | NO. 06-4176 |

### MINUTE ENTRY

On this 17th day of May, 2007, a/an

[ ] Discovery Hearing

[ ] Final Pretrial Conference

[ ] Oral Argument

[ ] R16 Conference

[X] Settlement Conference

[ ] Telephone Conference

[ ] Trial: Non-Jury

[ ] Supervised Deposition

was held before the Hon. M. Faith Angell, United States Magistrate Judge.

REMARKS: Time: 2 hours

FILED
MAY 1 8 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Shelli L. MacElderry
Deputy Clerk

Civ 14 (8/80)