**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OPAL CHABRIER, DONALD LAMUTIS and STEVEN TURNER, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 06-4176 |
| Plaintiffs, | : : | |
| v. | : : | |
| WILMINGTON FINANCE, INC., | : : | |
| Defendant. | : | |

## STIPULATION OF EXTENSION OF COUNSEL REGARDING PLAINTIFFS' MOTION TO COMPEL ELECTRONIC DISCOVERY

      Plaintiffs Opal Chabrier, Donald Lamutis and Steven Turner and Defendant Wilmington Finance, Inc., by their undersigned counsel, hereby stipulate that they are attempting to resolve the issues raised in Plaintiffs' Motion to Compel Electronic Discovery and agree that the time within which Defendant Wilmington Finance, Inc. may respond to that Motion be extended up to and including January 18, 2008.

      On December 18, 2007, Plaintiffs filed their Motion to Compel Electronic Discovery, (D.E. 144).  On January 5, 2008, at the parties request, the Court entered an Order granting Defendant until January 11, 2008 to respond to Plaintiffs' Motions to Compel.

Accordingly, the parties request the Court extend the time within which Defendant

may respond to Plaintiffs' Motion to Compel Electronic Discovery up to and including

January 18, 2008.


/s/ Shanon J. Carson_____          /s/ James N. Boudreau_____
Jonathan D. Berger, Esquire          James N. Boudreau, Esquire
Russell D. Henkin, Esquire           Michele Halgas Malloy, Esquire
Shanon J. Carson, Esquire            Christina T. Winston, Esquire
**Berger & Montague, P.C.**          **Littler Mendelson, P.C.**
1622 Locust Street                   Three Parkway
Philadelphia, PA 19103               1601 Cherry Street, Suite 1400
215.875.4656                         Philadelphia, PA  19102
215.875.4674 (fax)                   267.402.3000
jdberger@bm.net                      267.402.3131 (fax)
rhenkin@bm.net                       jboudreau@littler.com
scarson@bm.net                       mmalloy@littler.com
                                     twinston@littler.com

Attorneys for Plaintiffs

                                     Attorneys for Defendant
Dated:  January 11, 2008


                          SO ORDERED:  January \_\_, 2008



                          _____

                          Norma L. Shapiro, J.

## <u>CERTIFICATE OF SERVICE</u>

I, James N. Boudreau, Esquire, hereby certify that I caused a true and correct copy of the

foregoing **Stipulation of Extension of Time to Respond to Plaintiffs' Motion to Compel**

**Electronic Discovery**  to be served as follows:

*Via* Electronic Mail:

        Daniel K. Touhy, Esquire
        Touhy & Touhy, Ltd.
        161 North Clark Street
        Suite 2210
        Chicago, IL 60601

        Shanon J. Carson, Esquire
        Berger & Montague
        1622 Locust Street
        Philadelphia, PA 19103

        Danny Cevallos, Esquire
        Law Offices of Daniel L. Cevallos, P.C.
        1420 Locust Street, Suite 24Q
        Philadelphia, PA  19102

/s/ James N. Boudreau
_____

James N. Boudreau

January 11, 2008