```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OPAL CHABRIER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILMINGTON FINANCE, INC. | : | NO. 06-4176 |

### **O R D E R**

**AND NOW, TO WIT:** this 23rd day of May, 2008, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                              BY THE COURT:

                              S/M. FAITH ANGELL
                              M. FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)

Date: May 23, 2008
By Fax:   Hon. Norma L. Shapiro
          Daniel Touhy, Esq.                312-456-3838
          Shanon J. Carson, Esq.            215-875-4674
          Joanthan D. Berger, Esq.          215-875-5707
          Russell D. Henkin, Esq.           215-875-4673
          James N. Boudreau, Esq.           267-402-3131
          Michele Halgas Malloy, Esq.       267-402-3131
          Christina Tellado-Winston, Esq.   267-402-3131