IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPAL CHABRIER; DONALD LAMUTIS and | : | CIVIL ACTION |
| STEVEN TURNER, Individually and on Behalf of All | : | |
| Others Similarly Situated | : | |
| v. | : | |
| WILMINGTON FINANCE, INC. | : | NO. 06-4176 |

### ORDER

AND NOW, this 19th day of June, 2008, it is hereby **ORDERED** that a **Hearing** concerning the proposed allocation plan for distribution of the settlement fund to the Opt-In Plaintiffs in the above-captioned action shall take place on **July 3, 2008**, at **10:30 a.m.** in Courtroom 7 (Court of Appeals Courtroom), Second Floor, Robert N. C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, Pennsylvania 19107.

Please report to my call box on the second floor before proceeding to Courtroom 7.

BY THE COURT:


  S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE