IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPAL CHABRIER; DONALD LAMUTIS, and | : | CIVIL ACTION |
| STEVEN TURNER, Individually and on Behalf of All | : | |
| Others Similarly Situated | : | |
| | : | |
| v. | : | |
| | : | |
| WILMINGTON FINANCE, INC. | : | NO. 06-4176 |

**ORDER**

AND NOW, this 19$^h$ day of July, 2008, it is hereby **ORDERED** that any and all documents submitted to the Court in the above-captioned action, including but not limited to Court Orders and transcripts of Hearings, which address the distribution of a settlement fund to Plaintiffs in the above-captioned action shall be filed and maintained UNDER SEAL.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE