IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPAL CHABRIER, DONALD LAMUTIS and STEVEN TURNER, individually and on behalf of all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| WILMINGTON FINANCE, INC. | : | NO. 06-4176 |
| EMILY EVANSIN and LISA EVANSIN, Individually and on behalf of all others similarly situated | : : : | |
| v. | : : | |
| WILMINGTON FINANCE, INC. | : | NO. 07-1559 |
| TODD BURT, TERRY GRAYSON, JOHN McCARTHY, KEITH WALKER, STEVEN WERNER, and ANTHONY WESEMANN, Individaully and on behalf of all others similarly situated | : : : : | |
| v. | : : | |
| WILMINGTON FINANCE, INC. | : | NO. 07-1593 |
| SEAN GREEN and KEVIN McCABE, Individually and on behalf of all others similarly situated | : : : | |
| v. | : : | |
| WILMINGTON FINANCE, INC. | : | NO. 07-1699 |

**ORDER**

AND NOW, this 21st day of August, 2008, it appearing that:

a. Orders pursuant to Local Rule of Civil Procedure 41.1(b) were entered in these cases on May 23, 2008 and June 3, 2008, respectively;

b. Settlement of these actions was preliminarily approved on August 5, 2008;

c. Final approval of settlement remains to be determined.

It is **ORDERED** that:

1. The time within which the parties may move to vacate the Orders marking these cases settled, discontinued, and ended is **EXTENDED** to **October 23, 2008**.

2. A hearing to determine the final approval of the settlement agreement will be held on **OCTOBER 23, 2008** at 10:00 a.m. in Courtroom 10-A. At the hearing, counsel for plaintiffs shall provide the court with an affidavit affirming they have provided all members of plaintiff class with notice of this hearing.

/s/ Norma L. Shapiro
S.J.