

Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321

March 1, 2013

Barbara Rittinger Rigo
267.402.3009 direct
267.402.3000 main
267.402.3131 fax
brigo@littler.com

**FILED**
**MAR 0 5 2013**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Michael E. Kunz, Clerk of Court
U.S. District Court, ED of PA
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106



Re:   Chabrier, et al. v. Wilmington Finance, Inc.
      Civil Action No. 06-cv-04176

Dear Clerk:

I am writing concerning the February 1, 2013 Notice pursuant to Local Rule 5.1.5(c) (Document No. 233) concerning the documents filed under seal at:

| Doc. No. | Date: | Docket Text: |
|---|---|---|
| 186 | 3/4/2008 | MOTION IN LIMINE CONTAINING CONFIDENTIAL MEDICAL INFORMATION FILED BY DEFENDANT WILMINGTON FINANCE, INC. (FILED UNDER SEAL) |
| 190 | 3/17/2008 | Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion in Limine to Exclude Any Reference Concerning Alcohol or Drug Use by Former WFI Managers. (FILED UNDER SEAL) |
| 221 | 7/17/2008 | Document filed under seal. (SEALED ENVELOPE) |
| 229 | 10/21/2008 | PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT OF THIS FLSA ACTION, DECLARATION OF SHANON CARSON, CERTIFICATE OF SERVICE. (FILED UNDER SEAL) |

At this time Wilmington Finance, Inc. wishes to keep the settlement agreement and medical documentation contained in these filings under seal. The settlement agreement itself was executed by the parties and contained non-disclosure and confidentiality clauses. Plaintiff's counsel has no objection to our request that the Court keep these documents under seal.

Michael E. Kunz, Clerk of Court
March 1, 2013
Page 2


Thank you for your assistance with this matter.  If you have any questions please do not hesitate to contact me.

Sincerely,

Barbara Rittinger Rigo

BRR/nr

cc:     Shanon J. Carson (via email scarson@bm.net)
        Daniel L. Cevallos (via email danny@cevalloswong.com)
        Russell D. Henkin (via email rhenkin@bm.net)
        Jonathan D. Berger (via email jdberger@bm.net)
        Daniel K. Touhy (via email dktouhy@touhylaw.com)
        Jack R. Erkilla (via email tina.burch@slfs.com)